# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-788
Lower Tribunal No. F93-11513A

_____

**Leroy Rogers,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Leroy Rogers, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.